UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIANO TAVAREZ,

                Plaintiff,

    v.                                  **ORDER**

TELLO, LLC, and MIRON ENTERPRISES       21 Civ. 10051 (ER)
LLC,

                Defendants.

RAMOS, D.J.

      On April 29, 2022, Victoriano Tavarez, in response to the Court's April 15, 2022 order, *see* Doc. 9, requested that the Court impose a 30 day deadline for defendants Tello, LLC and Miron Enterprises, LLC to appear through counsel and respond to the first amended complaint, *see* Doc 10. Tavarez's request is granted.

      If defendants fail to appear through counsel and respond to the amended complaint no later than **May 30, 2022**, the Court will dismiss the case pursuant to Fed. R. Civ. P. 4(m).

      It is SO ORDERED.

Dated: May 2, 2022
       New York, New York

                                                      Edgardo Ramos, U.S.D.J.