UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIANO TAVAREZ,

                Plaintiff,

– against –

TELLO, LLC, and MIRON ENTERPRISES LLC,

                Defendants.

**ORDER**

21 Civ. 10051 (ER)

RAMOS, D.J.

    On April 29, 2022, Tavarez, in response to the Court's April 15, 2022 order, *see* Doc. 9, requested that the Court impose a 30 day deadline for defendants to appear through counsel and respond to the first amended complaint. *See* Doc 10. On May 2, 2022, the Court granted Tavarez's request, holding that if defendants failed to appear through counsel and respond to the amended complaint by May 30, 2022, the Court would dismiss the case pursuant to Fed. R. Civ. P. 4(m). *See* Doc. 11. As of the date of this Order, defendants have not appeared through counsel and have not responded to the amended complaint.

    Accordingly, the Court dismisses Plaintiff's action without prejudice. The Clerk of Court is respectfully directed to terminate any pending motions and to close the case.

It is SO ORDERED.

Dated: July 12, 2022
       New York, New York

                                                EDGARDO RAMOS, U.S.D.J.